**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Samuel Robert QUEEN, Jr., a/k/a Fat Sammy, Defendant—Appellant.**

**No. 08–6710.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Nov. 26, 2008.

Samuel Robert Queen, Jr., Appellant Pro Se. Barbara Suzanne Skalla, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Robert Queen, Jr., a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*